

**Andrew S. Holland**
(713) 353-2074 (office)
(713) 785-7780 (fax)
Andrew.Holland@wilsonelser.com

January 12, 2024

<u>**VIA CM/ECF**</u>
Hon. Christian F. Hummel
United States District Court
Northern District of New York
445 Broadway, Room 411
Albany, New York 12207

In re:  Application of B&C KB Holding GmbH for an Order to Take Discovery pursuant to 28 USC § 1782
Docket No. 1:23-mc-00015-DNH-CFH
Our File No. 25332.2

Dear Judge Hummel:

This firm represents the Respondent, the New York State Common Retirement Fund ("NYSCRF"), in connection with the above proceeding.

In accordance with the previously filed status update (ECF No. 16), NYSCRF confirms that it made a production of documents to Petitioner today, January 12, 2024, that fully complies with the subpoenas in accordance with the parties' agreement. Accordingly, NYSCRF considers this matter to be closed.

Thank you for the Court's consideration and courtesies.

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

*/s/ Andrew S. Holland*
Andrew S. Holland

909 Fannin Street, Suite 3300 • Houston, Texas 77010 • p 713.353.2000 • f 713.785.7780

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains
wilsonelser.com

290553665v.1
291730746v.1